28

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, dissenting.

From: The District Court of the Sixth Judicial District, County of Park, STATE OF MONTANA, Plaintiff vs. JAMES ARTHUR REYNOLDS, Defendant.

DECISION

No. 86-40

The application of the above-named defendant for a review of the sentence of 10 years for Theft to be served concurrently with DC-2227; Restitution of $1,900, imposed on June 1, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: during the course of the hearing it was discovered that Judge Davis, Chairman of this Court, had been involved in sentencing the Defendant in a collateral proceeding. Judge Davis thereupon recused himself and with the consent of the Defendant, the hearing proceeded before Judges Honzel and Harkin.

The Defendant's imposed sentence is amended to ten years with three years suspended; plus restitution in full. The amendment is necessary for the reason that under the terms of the original sentence, restitution although ordered was not possible.

We wish to thank William Hammer of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Thomas C. Honzel, Chairman, Frank M. Davis

From: The District Court of the Eighth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. DANNA RAY HENNEN, Defendant.

DECISION

No. CDC-86-184

The application of the above-named defendant for a review of the sentence of 25 years with 10 years suspended; Court recommends the Defendant be sent to the Lighthouse Program; and recommends that the defendant be permitted to enter a pre-release center at the appropriate time the Parole Board so deems, imposed on February 10, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Steven Hudspeth, Deputy County Attorney, from Cascade County for appearing before the Sentence Review Board.

We wish to thank Jeff Payne of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. WILLIAM MICHAEL MORAN, Defendant.

DECISION

No. BDC-87-092

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check, consecutive to current sentence Defendant is now serving imposed on July 27, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years for the crime of Issuing a Bad Check. This sentence shall be served consecutively to the sentence that defendant is now serving.

This Board recognizes that the Petitioner should spend prison time for this offense, however, the restitution is also important. Therefore, the Board suspends the 10 year sentence so the individual can start to repay the restitution at a sooner date.

A condition of this sentence is that the Petitioner shall not have a checking account and must pay full restitution.

We wish to thank Mark Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. TIMOTHY LEE DAVIS, Defendant.

DECISION

No. 6898

The application of the above-named defendant for a review of the sentence of 10 years with 7 years suspended for Issuing a Bad Check; $1,515.46 Restitution; transfer to Swan River within 30 days of his arrival at MSP, imposed on August 1, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: